**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Dolores Cruz and Rachel Melo

Appellate case number:   01-21-00009-CV

Trial court case number: 2020-08985

Trial court:             333rd District Court of Harris County

Relators, Dolores Cruz and Rachel Melo, filed a Petition for Writ of Mandamus and a Motion to Stay seeking to stay depositions ordered to take place in person, pending adjudication of the Petition for Writ of Mandamus.

Relators' motion for stay is **granted.**

It is so ORDERED.

Judge's signature: _____Veronica Rivas-Molloy_____
                              Acting individually

Date:  January 6, 2021